IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAROL FORSYTHE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3039 |
| | ) | |
| v. | ) | |
| | ) | |
| COLUMBUS COMMUNITY HOSPITAL, Inc., a Nebraska Corporation, | ) ) ) | AMENDED PROGRESSION ORDER |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint oral motion to amend, (filing no. 13), is granted, and the Final Progression Order (filing no. 12) is amended as follows:

a.  A jury trial is set to commence on April 18, 2011. No more than four days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b.  The pretrial conference will be held before the undersigned magistrate judge on April 7, 2011 at 10:00 a.m.. One- half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on April 6, 2011, and the draft order shall conform to the requirements of the local rules.

c.  Mandatory disclosures shall be served by June 10, 2010.

d.  Deadline for adding parties or amending pleadings is June 24, 2010.

e. The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is:

> For the plaintiff: August 2, 2010.
> For the defendants: September 15, 2010.
> For plaintiff rebuttal: October 15, 2010.

f. The discovery and deposition deadline is January 10, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

g. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is January 10, 2011.

h. Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

i. The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

DATED this 13th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge