IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAROL FORSYTHE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3039 |
| | ) | |
| v. | ) | |
| | ) | |
| COLUMBUS COMMUNITY HOSPITAL, | ) | ORDER OF DISMISSAL |
| Inc., a Nebraska Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Stipulation for Dismissal, filing 31, is adopted; and

2. this action and any and all causes of action contained herein are dismissed with prejudice with each party to pay its own costs and the complete record waived pursuant to the Stipulation for Dismissal, filing 31.

Dated November 30, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge